ARTHUR WALKER & COMPANY, INC., Respondent, v. WILLIAM LEEMING, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 19th day of February 1915, denying a motion to vacate an order for the examination of defendant before trial.

PER CURIAM: The order appealed from must be modified by striking from the order for the examination of the defendant the provision requiring the production of books and papers on such examination. As so modified the order is affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.